UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TRAVELERS CASUALTY AND SURETY
COMPANY and TRAVELERS PROPERTY
AND CASUALTY COMPANY OF AMERICA,

*Plaintiffs*,

v.

BECTON DICKINSON AND COMPANY,

*Defendant*.

Civil Action No. 14-4410

**ORDER**

### John Michael Vazquez, U.S.D.J.

This matter comes before the Court on the Motion for Reconsideration filed by Plaintiffs Travelers Casualty and Surety Company and Travelers Property and Casualty Company of America (collectively "Plaintiffs"). D.E. 45. Defendant Becton Dickinson and Company filed a brief in opposition to Plaintiffs' motion (D.E. 46) and Plaintiffs filed a reply (D.E. 51). The Court reviewed all of the arguments made in support or in opposition to the motion, considered the supplemental filings by both parties (D.E. 59 and D.E. 62), and considered the motion without oral argument pursuant to L. Civ. R. 78.1(b). For the reasons set forth in the Court's Memorandum Opinion accompanying this Order, and for good cause shown,

IT IS on the 12th day of July, 2016

ORDERED that Plaintiffs' Motion for Reconsideration is **DENIED**.

_____
John Michael Vazquez, U.S.D.J.